IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY M. AUGUSTA,

    Plaintiff,

v.                              CASE NO. 1:13-cv-226-MW/GRJ

UNITED STATES DEPARTMENT
OF DEFENSE, et al.,

    Defendants.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation, ECF No. 7, filed April 9, 2014. Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This case is **dismissed** as Plaintiff's claim is barred by the statute of limitations." The Clerk shall close the file.

**SO ORDERED on May 8, 2014.**

                                        **s/Mark E. Walker**
                                        **United States District Judge**